IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SHEDRICK THORNTON,                    §
Dall. Cnty. Jail BookIn No. 22003389, §
                                      §
          Petitioner,                 §
                                      §
V.                                    §          No. 3:22-CV-1957-D
                                      §
STATE OF TEXAS,                       §
                                      §
          Respondent.                 §

## **ORDER**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.   Petitioner filed objections on September 16, 2022 and additional objections on September 29, 2022.   The undersigned district judge reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objections were made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error.   Finding no error, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.   While petitioner made several objections, no objection is sufficient to avoid the time bar that precludes him from proceeding in this case.

Considering the record in this case and pursuant to Federal Rule of Appellate Procedure 22(b), Rule 11(a) of the Rules Governing §§ 2254 and 2255 proceedings, and 28 U.S.C. § 2253(c), the court denies a certificate of appealability. The court adopts and incorporates by reference the magistrate judge's findings, conclusions,

and recommendation filed in this case in support of its finding that petitioner has failed to show that reasonable jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right" or "debatable whether [this Court] was correct in its procedural ruling." *Slack v. McDaniel,* 529 U.S. 473, 484 (2000).

But if petitioner elects to file a notice of appeal, he must either pay the $505 appellate filing fee or move for leave to appeal *in forma pauperis.*

**SO ORDERED**.

October 28, 2022.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE